DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801

Signed: September 14, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No.: 10-1-0159 AJ13
 )
GABRIEL RIVAS ) ORDER DISMISSING PROCEEDINGS
 )
 )
Debtors. )

This matter having come on regularly for hearing on August 23, 2010 and

( ) the debtor(s) having failed to appear

( ) the debtor(s) having failed to remit the required plan payments to the Trustee

( ) it appearing that the debtor(s) are not eligible for Chapter 13

( ) it appearing that the debtor(s) can not propose a confirmable Plan

( ) the debtor(s) having voluntarily requested dismissal

( ) the debtor(s) having failed to provide proof of liability insurance

(XX) the debtor(s) having failed to provide 2009 Federal Tax Return

**IT IS ORDERED** that the case be and hereby is dismissed under Title 11 of the United States Code.

**IT IS FURTHER ORDERED** that any restraining orders heretofore entered in these proceedings be and hereby are vacated.

**END OF ORDER**

-1-